IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER YOUNG, )
        Plaintiff, )
) C.A. No. 1:17-cv-125
)
v. )
)
JOSE BOGGIO, et al, )
        Defendants. )

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on May 15, 2017, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on July 31, 2017, recommended that Plaintiff's motion for preliminary injunction [ECF No. 10] be denied. Service was made on Plaintiff by mail at SCI Albion, where he was incarcerated, and on Defendants. Objections to the report and recommendation were filed by Plaintiff on August 17, 2017. After de novo review of the complaint and documents in the case, along with the objections filed, the following order is entered:

    AND NOW, this 18th Day of August, 2017;

    IT IS HEREBY ORDERED that that Plaintiff's motion for preliminary injunction
    [ECF No. 10] is DENIED.

The report and recommendation of Magistrate Judge Baxter, issued July 31, 2017, is adopted as the opinion of the court.

s/ArthurJ. Schwab
**ARTHUR J. SCHWAB**
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record

CHRISTOPHER YOUNG
EM-8390
SCI ALBION
10745 RT 18
ALBION, PA 16475